FEBRUARY 22, 1999

No. 98–413. LEGISLATURE OF CALIFORNIA ET AL. *v.* UNITED STATES HOUSE OF REPRESENTATIVES ET AL. Appeal from D. C. D. C. dismissed.

No. 97–1519. FEDERAL COMMUNICATIONS COMMISSION ET AL. *v.* IOWA UTILITIES BOARD ET AL.; and

No. 97–1520. AT&T CORP. ET AL. *v.* IOWA UTILITIES BOARD ET AL. C. A. 8th Cir. Certiorari granted, judgment vacated, and cases remanded for further consideration in light of *AT&T Corp.* v. *Iowa Utilities Bd., ante,* p. 366. JUSTICE O'CONNOR took no part in the consideration or decision of these cases. Reported below: 135 F. 3d 535.

No. 98–909. OFFICE AND PROFESSIONAL EMPLOYEES INTERNATIONAL UNION, LOCAL 12 *v.* BLOOM ET AL. C. A. 8th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Marquez* v. *Screen Actors, ante,* p. 33.

No. 98–7222. EVANS *v.* MISSISSIPPI. Sup. Ct. Miss. Certiorari dismissed.

No. A–620. MILBERG WEISS BERSHAD HYNES & LERACH ET AL. *v.* LEXECON INC. ET AL. D. C. N. D. Ill. Application for stay, addressed to JUSTICE SOUTER and referred to the Court, denied.

No. D–1997. IN RE DISBARMENT OF KRAMER. Further consideration of response to the rule to show cause deferred. [For earlier order herein, see *ante,* p. 926.]

No. D–2006. IN RE DISBARMENT OF PRICE. Disbarment entered. [For earlier order herein, see *ante,* p. 958.]